In the Matter of the Claim of FRANCES SCHULMAN. MARY COTTON et al., Copartners, Doing Business under the Name of CENTRAL CUSTARD STAND, Respondents. FRIEDA S. MILLER, as Industrial Commissioner, Appellant.

Argued January 5, 1943; decided February 25, 1943.

*John J. Bennett, Jr., Attorney-General* (*W. Gerard Ryan* and *Henry Epstein* of counsel), for appellant.

No appearance for respondents.

Order affirmed without costs. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.